promises were used, or otherwise inquire into the voluntariness of the plea.

For the foregoing reasons we reverse the defendant's conviction and remand the case to the Circuit Court of Christian County with directions that the defendant be permitted to plead anew.

Reversed and remanded with instructions.

CREBS, J., took no part in the consideration or decision of this case.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RAYMOND VINCENT HOMER, Defendant-Appellant.

(No. 72-346;

Fifth District—February 7, 1974.

PER CURIAM.
CREBS, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Richard E. Cunningham, Assistant Appellate Defender, and William J. Becker, Senior Law Student, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville (Joseph B. McDonnell, Assistant State's Attorney, of counsel), for the People.